UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00454-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. KARL CDEBACA,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defendant Karl Cdebaca filed a Notice of Disposition [ECF No. 158] in the above matter on April 13, 2011. A Change of Plea hearing is set for **Thursday, May 26, 2011 at 4:00 PM.**

    Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date. If the documents are not timely submitted, the hearing will be **VACATED**. There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.

    Dated: April 14, 2011