UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00454-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.  KARL CDEBACA,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict, the Change of Plea hearing set for Thursday, May 26, 2011 at 4:00 PM is **VACATED**.  The hearing is **RESET** for **Monday, June 27, 2011** at **2:30 PM.**

    Dated:  May 9, 2011