UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00454-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

4.  KARL CDEBACA,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Due to a scheduling conflict, the Change of Plea hearing set for Wednesday, July 6, 2011 at 2:00 PM is **VACATED**.  The hearing is **RESET** for **Monday, August 15, 2011 at 10:00 AM.**

      Dated:  June 15, 2011