UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00454-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. KARL CDEBACA,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Change of Plea hearing set for Monday, August 15, 2011 is **VACATED** due to the Government's failure to submit the plea agreement 72 HOURS before the hearing date, as required by the Court's Minute Order of April 14, 2011 [ECF No. 160]. The parties shall jointly contact chambers to reset the Change of Plea hearing.

    **A subsequent failure to comply with Court orders will result in the imposition of sanctions without further notice to the parties.**

    Dated: August 12, 2011