UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00454-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.  KARL CDEBACA,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Change of Plea hearing previously set for Monday, August 15, 2011 is **RESET** for **August 24, 2011 at 11:00 a.m.**

    Dated:  August 15, 2011