IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00454-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.  KARL CDEBACA,

    Defendant.

## ORDER DISMISSING INDICTMENT

THE COURT upon review of the motion of the United States requesting an Order dismissing, with prejudice, the indictment against the defendant KARL CDEBACA only, and finding good cause contained therein, it is hereby

ORDERED that Government's Motion to Dismiss Indictment as to Karl Cdebaca Only (ECF Doc. #314), filed October 17, 2011, is **GRANTED.**  It is hereby

ORDERED: that the above-captioned Indictment is dismissed, with prejudice, as to the defendant KARL CDEBACA only.

Dated:  November 2, 2011.

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        WILEY Y. DANIEL,
                        CHIEF UNITED STATES DISTRICT JUDGE